UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Barry Bonazzi

                Plaintiff,

v.                                              Case No.: 1:12–cv–00664
                                                      Honorable Elaine E. Bucklo

Emeritus Corporation

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 2, 2012:

      MINUTE entry before Honorable Elaine E. Bucklo: Parties report settlement has been reached. This case is dismissed with prejudice pursuant to settlement. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.